STATE OF NEW JERSEY v. GILBERTO ACOSTA.

January 10, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT A. MORRONE.

January 10, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. WILSON MAYMI.

January 10, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. FELIX CABA.

January 10, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ANDREA PEEBLES.

January 10, 1989.

Petition for certification denied.